UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20172-KMW

UNITED STATES OF AMERICA,

v.

SHANE HAMPTON,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO BRING
ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

Defendant Shane Hampton moves for leave to bring electronic equipment into the courthouse during the course of the trial. In connection with that upcoming trial, Defendant respectfully requests leave to bring the following electronic equipment for the specified individuals as follows:

- Megan Espinoza, Litigation Support Paralegal for Defendant
    - One cellphone, one laptop and converter cable, and the attendant cords and cables.
- Yazmin Garcia, Paralegal for Defendant
    - One cellphone, one laptop and converter cable, and the attendant cords and cables.

Defendant respectfully requests that this Court allow the specified support staff to bring electronic equipment into the courthouse for the duration of the trial commencing during the week of January 29, 2024.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

The undersigned counsel hereby certifies that the Government and Defense have met and conferred and complied with Local Rule 7.1(a)(3) prior to submitting this motion. The Government does not oppose the relief requested herein.

Dated: January 29, 2024

Respectfully Submitted,

*/s/ Barabra Llanes*
BARBARA LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
CHRISTOPHER S. SUNDBY
Florida Bar No. 1026060
csundby@gsgpa.com
DANIEL R. WALSH
Florida Bar No. 0124282
dwalsh@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Shane Hampton*