**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20172-KMW**

UNITED STATES OF AMERICA,

v.

SHANE HAMPTON,

    Defendant.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTHOUSE**

**THIS CAUSE** comes before the Court upon Defendant, Shane Hampton's Unopposed Motion for Leave to Bring Electronic Equipment into the Courthouse ("Motion") and is otherwise fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that Defendant, Shane Hampton's Unopposed Motion for Leave to Bring Electronic Equipment into the Courthouse [ECF No.    ] is **GRANTED**.

The persons listed in the Motion [ECF No.   ] are permitted to bring cellphones, laptops and converter cables, and the attendant cords and cables.

**DONE AND ORDERED** in Chambers in Miami, Florida, this _____ day of January, 2024.

 

                                                            _____
                                                            PATRICIA A. SEITZ
                                                            UNITED STATES SENIOR DISTRICT JUDGE

cc:    Counsel of record